IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



PHILLIP TUCKER,
  Plaintiff,

v.   Civil Action No. 3:18CV119–HEH

ARLINGTON COUNTY
DETENTION CENTER,
  Defendant.

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

On March 22, 2018, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on May 10, 2018, the Court directed Plaintiff to pay an initial partial filing fee of $11.66 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　Henry E. Hudson
Date: June 25, 2018　　　Senior United States District Judge
Richmond, Virginia